# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shellie Knawa, | No. CV-15-216-TUC-FRZ (BPV) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Aetna Life Insurance Company, et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that this matter is DISMISSED with prejudice, each party to bear its own fees and costs.

Dated this 22nd day of January, 2016.

Frank R. Zapata
Senior United States District Judge